# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3006 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JULIO MELESIO, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 59) is granted.

(2) Defendant Melesio's sentencing is rescheduled to Wednesday, March 7, 2012, at 12:00 noon, before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3) The defendant's motion to file under seal (filing 58) is granted.

Dated November 29, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge