IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3006 |
| V. | ) | |
| JULIO MELESIO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to file under seal (filing 73) and unopposed motion to continue (filing 74) are granted. The defendant's sentencing is rescheduled to September 6, 2012, at 1:00 p.m. before Judge Kopf.

DATED this 29th day of May, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge