## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JULIO MELESIO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's unopposed motion to continue sentencing (filing 79) is granted.

(2)    Defendant Melesio's sentencing is rescheduled to November 29, 2012, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

(3)    The defendant's motion to file under seal (filing 78) is granted.

Dated August 23, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge